IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

STEVE L. HINES

Case No. 2:18mj510
Court Date: November 30, 2018

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)- Violation Notice No. 7668933

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 18, 2018, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, STEVE L. HINES, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and with a blood alcohol level concentration of at least .08 grams per 210 liters of breath, but less than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .09 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

COUNT TWO
(Misdemeanor)-Violation Notice No. 7668936

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 18, 2018, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, STEVE L. HINES, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

## COUNT THREE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 18, 2018, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, STEVE L. HINES, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked, **ELEVENTH offense within ten (10) years**, the defendant having been previously convicted of driving while license revoked in the Circuit Court for the City of Virginia Beach, Virginia on May 11, 2017, for an offense committed on July 20, 2016; in the Circuit Court for the City of Norfolk, Virginia on February 28, 2017, for an offense committed on August 3, 2016; in the General District Court for the City of Norfolk, Virginia on September 29, 2016, for an offense committed on August 30, 2015; in the General District Court for the City of Hampton, Virginia on August 22, 2016, for an offense committed on March 11, 2016; in the General District Court for the City of Chesapeake, Virginia on August 9, 2016, for an offense committed on April 7, 2016; in the General District Court for the City of Chesapeake, Virginia on August 9, 2016, for an offense committed on July 25, 2015; in the General District Court for the City of Chesapeake, Virginia on August 9, 2016, for an offense committed on November 8, 2015; in the General District Court for the City of Chesapeake, Virginia on January 8, 2016, for an offense committed on August 17, 2015; in the General District Court for the City of Chesapeake, Virginia on June 30, 2015, for an offense committed on November 20, 2014; and, in the General District Court for the City of Chesapeake, Virginia on February 11, 2014, for an offense committed on December 9, 2013.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

COUNT FOUR
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 18, 2018, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, STEVE L. HINES, did unlawfully consume an alcoholic beverage while operating a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-323.1)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *(signed)*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*(signed)*
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

20  November  2018
Date